**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| JAKE RANDALL FOX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BEEVILLE, TEXAS, et al.,<br><br>Defendants. | Civil Action File No.<br>2:26-CV-00142<br><br>JURY TRIAL DEMANDED |

**PALANTIR TECHNOLOGIES INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Palantir Technologies Inc., by and through its undersigned counsel, hereby states as follows:

Palantir Technologies Inc. has no parent corporation and no publicly held corporation owns 10 percent (10%) or more of its stock.

Dated: June 12, 2026

Respectfully submitted,

*/s/ David Lisch*

David Lisch (Attorney-in-Charge)
TX Bar No. 24077179
Southern Bar No. 2367239
**BARNES & THORNBURG LLP**
2121 North Pearl Street, Ste. 700
Dallas, TX 75201
Tel: (214) 258-4200
Fax: (214) 258-4199
david.lisch@btlaw.com

**ATTORNEYS FOR DEFENDANTS PALANTIR TECHNOLOGIES INC. AND ALEX KARP.**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system on all parties who are deemed to have consented to electronic service and was also mailed to Plaintiff at the address listed on the Court's docket.

*/s/ David Lisch*
David Lisch