United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAKE RANDALL FOX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00142 |
| | § | |
| CITY OF BEEVILLE, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court are Defendant Walsh's and Defendant Karp's motions to dismiss (D.E. 12, 13, 17), Plaintiff's Motion for Preliminary Injunction (D.E. 6), Plaintiff's Motion for Immediate Judicial Inquiry into Anomalous Weather Trajectory Alteration (D.E. 23), Plaintiff's Motion for Immediate Protective Order Against Anticipated Law Enforcement Harassment (D.E. 24), and Plaintiff's Motion to Dismiss (D.E. 37). On August 5, 2026, United States Magistrate Judge Julie Hampton issued her "Memorandum and Recommendation" (M&R, D.E. 38), recommending that the Court grant Defendant Walsh's and Defendant Karp's motions to dismiss (D.E. 12, 13, 17),[1] dismiss with prejudice as frivolous all of Plaintiff's claims against all Defendants, and deny Plaintiff's remaining motions (D.E. 6, 23, 24, 37). Plaintiff filed a response to the M&R (D.E. 40) on August 17, 2026.

[1] D.E. 13 is titled "Palantir Technologies Inc. and Alex Karp's Motion to Dismiss." The M&R does not address the motion as to Palantir because although Palantir was served, it is not named as a defendant. D.E. 1, p. 1–3; D.E. 13, pp. 7-8; D.E. 38, p. 3.

The district court conducts a de novo review of any part of the magistrate judge's disposition that has been properly objected to. 28 U.S.C. § 636(b)(1)(C). "Frivolous, conclusive or general objections need not be considered by the district court." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (per curiam). When no objection is properly made, the district court need only satisfy itself that there is no clear error in the M&R. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Guillory v PPG Indus., Inc.*, 434 F3d. 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Plaintiff's response does not state an objection to the M&R. Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 38), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS** Defendant Walsh's and Defendant Karp's motions to dismiss (D.E. 12, 13, 17), **DISMISSES** Plaintiff's claims against all Defendants with prejudice as frivolous, and **DENIES** Plaintiff's remaining motions (D.E. 6, 23, 24, 37).

**ORDERED** on October 22, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE